IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONESIMO GARCIA,<br><br>    Petitioner,<br><br>v.<br><br>J. ADAMS, Warden,<br><br>    Respondent.               / | No. C 10-02050 SBA (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO RESPOND TO ORDER FOR PETITIONER TO SHOW CAUSE** |

    Petitioner, a state prisoner, filed a <u>pro se</u> petition for a writ of habeas corpus. Before the Court is Petitioner's motion for extension of time to respond to the Court's Order for Petitioner to Show Cause. In its August 25, 2010 Order, the Court directed Petitioner within thirty days to show cause as to why it should not treat his petition as a mixed petition.

    Petitioner requests a forty-day extension of time to respond to the Court's Order for Petitioner to Show Cause, up to and including November 30, 2010.

    Good cause appearing, Petitioner's request for an extension of time is GRANTED. No later than **November 30, 2010**, Petitioner shall file his response to the Court's Order for Petitioner to Show Cause.

    This Order terminates Docket no. 7.

    IT IS SO ORDERED.

DATED: 9/28/10

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\HC.10\Garcia2050.EOT-OSC.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ONESIMO GARCIA,

        Plaintiff,

v.

J ADAMS et al,

        Defendant.

Case Number: CV10-02050 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Onesimo Garcia F-86310
Pelican Bay State Prison
PO Box 7500
Crescent City, CA 95532

Dated: September 29, 2010

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk