UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONESIMO GARCIA, | No. C 10-2050 SBA (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| GARY SWARTHOUT, Warden, | |
| Respondent. | |

For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

DATED: 9-30-13

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\HC.10\Garcia 10-2050.jud.rmh.wpd